**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No: 08-CR-20241-1

CLARENCE MOORE,

    Defendant.
_____/

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S
MOTION IN LIMINE**

Defendant Clarence Moore has filed the above-captioned motion but has failed to indicate whether or not the contemplated relief would be agreed to by the Government.

Eastern District of Michigan Local Rule 7.1(a) states as follows:

(1) The movant must ascertain whether the contemplated motion will be opposed. If the movant obtains concurrence, the parties may make the subject matter of the contemplated motion a matter of record by stipulated order.

(2) If concurrence is not obtained, the motion must state:

    (A) there was a conference between the attorneys or unrepresented parties in which the movant explained the nature of the motion and its legal basis and requested but did not obtain concurrence in the relief sought; or

    (B) despite reasonable efforts specified in the motion, the movant was unable to conduct a conference.

(3) The court may tax costs for unreasonable withholding of consent.

The Rule plainly requires that the movant make clear that it has conducted the required pre-filing conference in which the nature of the contemplated motion was explained or, in the alternative, what unsuccessful efforts were made to engage in such a conference.

No exception is made for criminal cases.  If the Government were to agree, the motion would be mooted. The court discourages motion practice that may be unnecessary and wasteful of court and attorney time.  Accordingly,

IT IS ORDERED that "Defendant's Motion In Limine" [Dkt. # 36] is DENIED WITHOUT PREJUDICE.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  August 6, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 6, 2008, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522